**Order filed September 13, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00626-CV
_____

## PANUNCIO COLORADO, Appellant

## V.

## PHUONG LUU AND THANH TAT, Appellee

**On Appeal from the County Court at Law No 1
Travis County, Texas
Trial Court Cause No. C-1-CV-17-011359**

## ORDER

On August 23, 2018, we ordered the Travis County Clerk to file the clerk's record by September 7, 2018. The record has not been filed.

Accordingly, we **ORDER** the Travis County Clerk to file the clerk's record by **September 24, 2018**. If the record is not timely filed, we will take appropriate action.

PER CURIAM